Submitted on petition for review filed July 6, 1994, petition for review allowed; decision of the Court of Appeals vacated and case remanded to the Court of Appeals for reconsideration October 11, 1996

STATE OF OREGON,
*Petitioner on Review,*

*v.*

GUY RICHARD MACK,
*Respondent on Review.*

(CC 92P-3210, 92P-3211;
CA A76966 (Control), A76967; SC S41440)

924 P2d 313

Michael E. Livingston, Assistant Attorney General, Salem, filed the petition for petitioner on review. With him on the petition were Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General.

Jeffrey M. Jones, Salem, filed a response to the petition for respondent on review.

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated, and the case is remanded to the Court of Appeals for reconsideration in the light of *State v. Cookman*, 324 Or 19, 920 P2d 1086 (1996).